# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**RENEÉ SIMS**                                                                              **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 3:06CV146 TSL-JCS**

**FIRST BANK,**
**JAMES W. COVINGTON, INDIVIDUALLY,**
**WILLIAM R. VANCE, INDIVIDUALLY,**
**AND JOHN DOES 1-10**                                                                      **DEFENDANTS**

## ORDER OF DISMISSAL PURSUANT TO RULE 54(b)

THIS ACTION being before the Court on Defendants' Motion to Dismiss and the Plaintiff having conceded to the voluntary dismissal of the following claims and the dismissal of certain named, individual, defendants, and the Court being fully advised in the premises finds that the following claims as to one or more but fewer than all of the claims or parties shall be entered, and the Court makes its express determination that there is no just reason for delay and expressly directs the entry of final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as follows:

    1.  The claims against the individual defendants, James W. Covington and William R.

-1-

Vance as well as John Does 1-10 should be and are hereby dismissed, with prejudice.

    2. The claims of negligent and/or intentional infliction of emotional distress, negligent hiring and/or supervision, sexual harassment and sex discrimination, and the Plaintiff's claim under the tort of outrage, should be and are hereby dismissed as against all defendants, with prejudice.

    So ordered and adjudged, this the 16th day of June, 2006.

                                        /s/ Tom S. Lee
                                        United States District Judge

Approved:

s/Kristy L. Bennett
Attorney for Plaintiff Reneé Sims

s/Dennis L. Horn
Attorney for Defendants First Bank,
James W. Covington, and
John Does 1-10

s/Barry H. Powell
Attorney for Defendant
William R. Vance