**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**RENEE SIMS**                                                                    **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:06CV146TSL-JCS**

**FIRST BANK, JAMES W. COVINGTON,
WILLIAM R. VANCE and JOHN DOES 1-10**                      **DEFENDANTS**

<u>**ORDER OF DISMISSAL**</u>

THIS CAUSE having come before the Court on the ore tenus Motion of the

Plaintiff for dismissal of this matter with prejudice.  The Court finds that the Motion is

well taken and should be **GRANTED.**

ACCORDINGLY, THE COURT HEREBY ORDERS that upon Motion of the

Plaintiff this cause should be and hereby is dismissed, with prejudice.

SO ORDERED, this the 26th day of March, 2007.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT COURT JUDGE


AGREED AND APPROVED:

/s Louis H. Watson, Jr._____
LOUIS H. WATSON, JR.
Attorney for Plaintiff


/s Dennis L. Horn_____
DENNIS L. HORN
Attorney for Defendants